IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE EARTH,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>        Defendant. | Case No. 1:22-cv-1128 (JDB) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of December 3, 2022, Plaintiff Friends of the Earth and Defendant Council on Environmental Quality (CEQ) submit this joint status report:

1. This case concerns Plaintiff's FOIA request dated January 11, 2022 seeking records from CEQ "pertaining to the Interior Department report on the Federal Oil and Gas Leasing Program in response to Executive Order 14008." FOIA Request, ECF No. 1-1. The request covers communications between CEQ and the White House, the Department of the Interior, the Bureau of Land Management, the Bureau of Safety and Environmental Enforcement, and the Bureau of Ocean Energy Management. *Id.* The date range covered by the FOIA request is January 28, 2021, and November 25, 2021.

2. On January 19, 2023, CEQ issued a final response to Plaintiff's FOIA request.

3. Plaintiff is reviewing the records produced in response to Plaintiff's FOIA requests to determine how it wants to proceed in this matter.

4. To allow time for Plaintiff's review of CEQ's response and discussions between the parties about appropriate next steps, the parties propose that they file a further joint status

report in 90 days—or on May 11, 2023—to update the Court on the status of the parties' discussions and, if appropriate, propose a schedule for briefing on summary judgment.

| | |
|---|---|
| Dated: February 10, 2023 | Respectfully submitted, |
| /s/ Matthew R. Arnold | BRIAN M. BOYNTON |
| Matthew R. Arnold | Principal Deputy Assistant Attorney General |
| DC Bar No. 1618616 | |
| Eubanks & Associates, PLLC | ELIZABETH J. SHAPIRO |
| 1629 K Street NW, Suite 300 | Deputy Branch Director |
| Washington, DC 20006 | |
| (202) 656-3599 | /s/ Kyla M. Snow |
| matt@eubankslegal.com | KYLA M. SNOW (OH Bar No. 96662) |
| | Trial Attorney |
| William S. Eubanks II | U.S. Department of Justice, Civil Division |
| Eubanks & Associates, PLLC | 1100 L Street, NW |
| 1629 K Street NW, Suite 300 | Washington, D.C.  20005 |
| Washington, DC 20006 | Email: kyla.snow@usdoj.gov |
| (970) 703-6060 | Phone: (202) 514-3259 |
| bill@eubankslegal.com | Fax: (202) 616-8460 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |