IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE EARTH,<br><br>Plaintiff,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>Defendant. | Case No. 1:22-cv-1128 (JDB) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of October 6, 2023, Plaintiff Friends of the Earth and Defendant Council on Environmental Quality (CEQ) submit this joint status report:

1. This case concerns Plaintiff's FOIA request dated January 11, 2022 seeking records from CEQ "pertaining to the Interior Department report on the Federal Oil and Gas Leasing Program in response to Executive Order 14008." FOIA Request, ECF No. 1-1. The request covers communications between CEQ and the White House, the Department of the Interior, the Bureau of Land Management, the Bureau of Safety and Environmental Enforcement, and the Bureau of Ocean Energy Management. *Id.* The date range covered by the FOIA request is January 28, 2021, and November 25, 2021.

2. On January 19, 2023, CEQ issued a final response to Plaintiff's FOIA request.

3. After Plaintiff completed review of the records produced in response to its FOIA request, the parties began engaging in discussions about potential settlement of the case. The parties have now reached an agreement in principle on a settlement of the merits and attorneys' fees and costs and are finalizing a written agreement.

4.      The parties propose that if the case is not dismissed in 30 days—or by December 20, 2023—they submit a joint status report to the Court indicating the status of the parties' settlement discussions.

| | |
|---|---|
| Dated: November 20, 2023 | Respectfully submitted, |
| /s/ Matthew R. Arnold  | BRIAN M. BOYNTON |
| Matthew R. Arnold | Principal Deputy Assistant Attorney General |
| DC Bar No. 1618616 | |
| Eubanks & Associates, PLLC | ELIZABETH J. SHAPIRO |
| 1629 K Street NW, Suite 300 | Deputy Branch Director |
| Washington, DC 20006 | |
| (202) 656-3599 | /s/ Kyla M. Snow |
| matt@eubankslegal.com | KYLA M. SNOW (OH Bar No. 96662) |
| | Trial Attorney |
| William S. Eubanks II | U.S. Department of Justice, Civil Division |
| Eubanks & Associates, PLLC | 1100 L Street, NW |
| 1629 K Street NW, Suite 300 | Washington, D.C.  20005 |
| Washington, DC 20006 | Email: kyla.snow@usdoj.gov |
| (970) 703-6060 | Phone: (202) 514-3259 |
| bill@eubankslegal.com | Fax: (202) 616-8460 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |