# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE EARTH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-1128 (JDB) |
| COUNCIL ON ENVIRONMENTAL QUALITY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the voluntary dismissal of Plaintiff's action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 30, 2023

Respectfully submitted,

/s/ Matthew R. Arnold
Matthew R. Arnold
DC Bar No. 1618616
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 656-3599
matt@eubankslegal.com

William S. Eubanks II
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Kyla M. Snow
KYLA M. SNOW (OH Bar No. 96662)
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, D.C. 20005
Email: kyla.snow@usdoj.gov
Phone: (202) 514-3259
Fax: (202) 616-8460

*Counsel for Defendant*